IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

BRENDA F. MORTON                                                           PLAINTIFF

vs.                                       Civil No. 4:10-cv-04007

MICHAEL J. ASTRUE                                                          DEFENDANT
Commissioner, Social Security Administration

### J U D G M E N T

Comes now the Court in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and Plaintiff's Complaint is hereby dismissed with prejudice.

ENTERED this 22nd day of March, 2011.

                                                                                     s/  Barry A. Bryant
                                                                                     HON. BARRY A. BRYANT
                                                                                     U. S. MAGISTRATE JUDGE